# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

ALBERTO GUTIERREZ

**FILED**
2012 AUG 29  AM 11:46
US MAGISTRATE JUDGE
BY _____

## CRIMINAL COMPLAINT

CASE NUMBER: 2:12-mj-596-GWF

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.
On or about __7/28/2012__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did:
Knowingly, willfully, unlawfully, with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Mexacali, Mexico, or other destinations unknown, after committing the crime of Murder with a Deadly Weapon. This is a felony crime under the laws of the State of Nevada. Nevada Revised Statute 200.030.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
On 7/28/2012, dispatch received a 9-1-1 call reporting a domestic violence situation in a home in the 5100 bloack of Blue Rose Street. When officers arrived, they found a 44 year old woman suffering from multiple stab wounds. She was transported to UMC Trauma where she later died. Alberto Gutierrez was last seen walking away from the residence. On 07/30/2012, North Las Vegas Justice Court issued an arrest warrant (OCA 120728013550) charging Gutierrez with Murder with a Deadly Weapon. Extensive efforts by the FBI and NLVPD to locate Gutierrez have been unsuccessful. NLVPD Detectives interviewed family members and they believe Gutierrez fled to Mexacali, Mexico right after the murder. Gutierrez was born in Mexacali and he still has family in that area. For this reason it is believed hat Gutierrez committed the above mentioned crimes in the State of Nevada, and traveled to Mexacali, Mexico, and/or locations not known.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

_Daniel M. Coxon_
Signature of Complainant

SA DANIEL G. COXON
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,

By _____

August 29, 2012
Date

**GEORGE FOLEY, JR.**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Las Vegas, Nevada
City and State

_Judge Foley_
Signature of Judicial Officer